PIETRO ROSELLE, *ET AL.*, PLAINTIFFS-APPELLANTS, v. THE CITY OF EAST ORANGE, COUNTY OF ESSEX, NEW JERSEY, A MUNICIPAL CORPORATION, DEFENDANT-RESPONDENT.

Argued June 4, 1962—Decided June 11, 1962.

*Mr. Samuel A. Larner* argued the cause for the appellants (*Messrs. Budd, Larner & Kent,* attorneys).

*Mr. William P. Reiss* argued the cause for the respondent (*Mr. William L. Brach,* attorney).

PER CURIAM. The judgment is affirmed for the reasons given by the trial court in an opinion reported under the name of *Greggio v. Orange,* 69 *N. J. Super.* 453 (1961).

*For affirmance*—Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL and HANEMAN—6.

*For reversal*—None.